1 MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
2 P.O. Box 129
Alameda, CA 94501
3 Telephone: (510) 523-4702

4 Attorney for Plaintiff
United States of America
5

6

7 **IN THE UNITED STATES DISTRICT COURT**

8 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9 UNITED STATES OF AMERICA,     NO. CV 05-80273 M MAG

10          Plaintiff,

11 v.
                                      **STIPULATED ORDER OF**
12 **KEYVAN HASHEMI,**                 **CONTINUING GARNISHMENT**

13          Defendant,

14 and

15 **MERIDIAN DENTAL ASSOCIATES,**

16          Garnishee.     /

17        IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of
18 America, and Judgment Debtor, KEYVAN HASHEMI, that garnishee, MERIDIAN DENTAL
19 ASSOCIATES, withhold $720.00 each month from Judgment Debtor's non-exempt disposable
20 income, commencing with the November, 2011, pay period, until the entire current judgment
21 principal last compounded on August 11, 2011, in the amount of $80,716.79, (original
22 judgment in the amount of $64,356.88 entered August 11, 2004) plus interest compounded
23 annually pursuant to 11 USC §1961(b) at the rate of 2.070 % per annum on said current
24 judgment principal, for total interest through and including November 14, 2011, in the amount
25 of $434.96, for a total due of principal and interest as of November 14, 2011, in the amount
26 of $81,151.75, has been paid in full or until the garnishee no longer has custody, possession
27 or control of any property belonging to the debtor or until further Order of this court.
28        IT IS HEREBY FURTHER STIPULATED that MERIDIAN DENTAL ASSOCIATES,

1  Garnishee, immediately remit to the United States Department of Justice the above mentioned
2  payments as and for the month of November, 2011, and as and for each month thereafter.
3      IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the
4  U.S. Department of Justice, and be mailed to the Department of Justice-NCIF, P.O. Box
5  790363, St. Louis, MO 63179-0363, referencing the judgment debtor's name and CDCS Claim
6  number **2006A71999** on each check for posting purposes.
7      IT IS HEREBY FURTHER STIPULATED that judgment debtor, upon request by mail
8  from judgment creditor to judgment debtor, shall submit a financial statement to judgment
9  creditor annually, the form of which shall be mailed to judgment debtor by judgment creditor.
10     IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title
11 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a
12 judge of the United States District Court and consent to have a United States magistrate judge
13 conduct any and all further proceedings in the case. It is understood that any appeal from an
14 order entered by a magistrate judge will be taken directly to the Ninth Circuit of the United
15 States Court of Appeals in the same manner as an appeal from any other judgment of a District
16 Court.
17     By his signature hereafter, KEYVAN HASHEMI acknowledges that he has read,
18 understands and waives all of his rights under the CLERK'S NOTICE OF POST-JUDGMENT
19 GARNISHMENT AND INSTRUCTIONS TO DEFENDANT; REQUEST FOR HEARING FORM;
20 OBJECTION TO GARNISHEE'S ANSWER AND REQUEST FOR HEARING FORM; NOTICE
21 ON HOW TO CLAIM EXEMPTION; CLAIM FOR EXEMPTION FORM and the WRIT OF
22 CONTINUING GARNISHMENT and the APPLICATION FOR WRIT OF CONTINUING
23 GARNISHMENT in exchange for the herein payment stipulation.
24 Dated: November 14, 2011

Michael Cosentino, Counsel for United States

26 Dated: //- /0 -//

KEYVAN HASHEMI

**IT IS SO ORDERED.**

Dated: 11-17-11

**Maria Elena James**
UNITED STATES MAGISTRATE JUDGE

STIPULATED GARNISHMENT ORDER, US v. HASHEMI, CAND # CV/05-80273 M MAG          2