Case3:05-mc-80273-MAG   Document11   Filed11/14/11   Page1 of 2

1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

5

6

7               IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,          NO.  CV 05-80273 M MAG

10              Plaintiff,

11     v.
                                      STIPULATED ORDER OF
12  KEYVAN HASHEMI,                    CONTINUING GARNISHMENT

13              Defendant,

14  and

15  MERIDIAN DENTAL ASSOCIATES,

16              Garnishee.        /

17          IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of

18  America, and Judgment Debtor, KEYVAN HASHEMI, that garnishee, MERIDIAN DENTAL

19  ASSOCIATES, withhold $720.00 each month from Judgment Debtor's non-exempt disposable

20  income, commencing with the November, 2011, pay period, until the entire current judgment

21  principal last compounded on August 11, 2011, in the amount of $80,716.79, (original

22  judgment in the amount of $64,356.88 entered August 11, 2004) plus interest compounded

23  annually pursuant to 11 USC §1961(b) at the rate of 2.070 % per annum on said current

24  judgment principal, for total interest through and including November 14, 2011, in the amount

25  of $434.96, for a total due of principal and interest as of November 14, 2011, in the amount

26  of $81,151.75, has been paid in full or until the garnishee no longer has custody, possession

27  or control of any property belonging to the debtor or until further Order of this court.

28          IT IS HEREBY FURTHER STIPULATED that MERIDIAN DENTAL ASSOCIATES,

STIPULATED GARNISHMENT ORDER, US v. HASHEMI, CAND # CV 05-80273 M MAG                    1

1  Garnishee, immediately remit to the United States Department of Justice the above mentioned

2  payments as and for the month of November, 2011, and as and for each month thereafter.

3       IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the

4  U.S. Department of Justice, and be mailed to the Department of Justice-NCIF, P.O. Box

5  790363, St. Louis, MO 63179-0363, referencing the judgment debtor's name and CDCS Claim

6  number **2006A71999** on each check for posting purposes.

7       IT IS HEREBY FURTHER STIPULATED that judgment debtor, upon request by mail

8  from judgment creditor to judgment debtor, shall submit a financial statement to judgment

9  creditor annually, the form of which shall be mailed to judgment debtor by judgment creditor.

10      IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title

11  28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a

12  judge of the United States District Court and consent to have a United States magistrate judge

13  conduct any and all further proceedings in the case. It is understood that any appeal from an

14  order entered by a magistrate judge will be taken directly to the Ninth Circuit of the United

15  States Court of Appeals in the same manner as an appeal from any other judgment of a District

16  Court.

17      By his signature hereafter, KEYVAN HASHEMI acknowledges that he has read,

18  understands and waives all of his rights under the CLERK'S NOTICE OF POST-JUDGMENT

19  GARNISHMENT AND INSTRUCTIONS TO DEFENDANT; REQUEST FOR HEARING FORM;

20  OBJECTION TO GARNISHEE'S ANSWER AND REQUEST FOR HEARING FORM; NOTICE

21  ON HOW TO CLAIM EXEMPTION; CLAIM FOR EXEMPTION FORM and the WRIT OF

22  CONTINUING GARNISHMENT and the APPLICATION FOR WRIT OF CONTINUING

23  GARNISHMENT in exchange for the herein payment stipulation.

24  Dated: November 14, 2011

_____
Michael Cosentino, Counsel for United States

25

26  Dated: /1 - 10 - 11

_____
KEYVAN HASHEMI

27

28      **IT IS SO ORDERED.**

Dated: 11 - 17 - 11

**Maria Elena James**
UNITED STATES MAGISTRATE JUDGE