| | |
|---|---|
| 1 | MICHAEL COSENTINO State Bar No. 83253<br>Counsel for the United States |
| 2 | P.O. Box 129<br>Alameda, CA 94501 |
| 3 | |
| 4 | Telephone: (510) 523-4702<br>Facsimile: (510) 747-1640 |
| 5 | Attorney for Plaintiff<br>United States of America |
| 6 | |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

**UNITED STATES OF AMERICA**,

          Plaintiff,

          v.

**KEYVAN HASHEMI**,

          Defendant,

          and

**AZ DENTAL CORPORATION**,

          Garnishee.
_____/

Case No. **CV05-80273 M MAG**

**WRIT OF CONTINUING GARNISHMENT**

TO:   Payroll Department
       AZ DENTAL CORPORATION
       1095 E. Brokaw Road, Suite 40
       San Jose, CA 95131

YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

The name, SSN XXX-XX-3443, and last known address of the person who is the defendant-judgment debtor (hereinafter "debtor") in this action and whose property

is subject to this Writ are as follows:

> KEYVAN HASHEMI
> 2735 Buena View Court
> San Jose, CA 95121

This Writ has been issued by stipulation between Keyvan Hashemi and the United States of America to enforce the collection of a civil judgment entered in favor of the United States against the debtor for a defaulted student loan in the amount of $67,536.07. There is a balance of $61,889.10 due on the judgment, which amount includes costs and interest computed through May 26, 2017.

The following are the steps that you, garnishee, AZ DENTAL CORPORATION, must take to comply with this Writ. If you have any questions, you should consult with your attorney.

Pursuant to the Stipulated Order Granting Issuance of Writ of Continuing Garnishment, and Stipulated Order of Continuing Garnishment,

1) garnishee, AZ DENTAL CORPORATION, is not required to serve or file an ANSWER to this Writ;

2) garnishee, AZ DENTAL CORPORATION, shall withhold $500.00 each semi-monthly pay period from Judgment Debtor's non-exempt disposable income, commencing immediately upon service by facsimile transmission of this Writ of Continuing Garnishment and of the Order of Continuing Garnishment upon the garnishee until the entire current judgment balance in the amount of $61,889.10 as of May 26, 2017, plus interest compounded annually pursuant to 11 USC §1961(b) at the rate of 2.070 % per annum, has been paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court;

3) garnishee, AZ DENTAL CORPORATION, shall immediately remit to the United States Department of Justice the above mentioned payments, and as and for each semi-monthly pay period to:

> US Department of Justice-NCIF

PO Box 790363
                St. Louis, MO 631179-0363;

    Judgment debtor's name and CDCS # 2006A71999 shall be placed on
    each check submitted;
    ///
    ///
4)  commencing June 21, 2018, garnishee, AZ DENTAL CORPORATION, shall
    withhold 25% of each semi-monthly pay period from Judgment Debtor's non-
    exempt disposable income, until the entire current judgment balance in the
    amount of $61,889.10 as of May 26, 2017, plus interest compounded annually
    pursuant to 11 USC §1961(b) at the rate of 2.070% per annum, has been paid
    in full or until the garnishee no longer has custody, possession or control of any
    property belonging to the debtor or until further Order of this court, unless the
    parties stipulate otherwise.

    **IF YOU FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.**

SUSAN Y. SOONG, Clerk
United States District Court
for the Northern District of California

Dated: 6/6/2017    By: _____
                                            Deputy Clerk    Mark Romyn

Writ of Continuing Garnishment, by stipulation of the parties  cand CV05-80273 M MAG        3